

2012 APR -3 PM 2:50

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT 1:12CR175 |
| | ) | |
| Plaintiff, | ) | JUDGE |
| | ) | |
| v. | ) | CASE NO._____ |
| | ) | Title 17, United States Code, |
| HIEU TRANG TRAN, | ) | Sections 1201(a)(2)(A) and 1204(a) |
| aka JACK LEE, | ) | (Digital Millennium Copyright Act) |
| Defendant. | ) | |

The Grand Jury charges:     **JUDGE PEARSON**

Between on or about April 10, 2007, and on or about August 1, 2007, in the Northern District of Ohio, Eastern Division, and elsewhere, defendant, HIEU TRANG TRAN, aka JACK LEE knowingly and willfully manufactured, imported, offered to the public, provided and otherwise trafficked in technology, products, services, devices, components, and parts thereof, which were primarily designed to circumvent technological measures designed to effectively control access to a work copyrighted under Title 17 of the United States Code, for purposes of commercial advantage or private financial gain, in violation of Title 17, United States Code, Sections 1201(a)(2)(A) and 1204(a).

A TRUE BILL.

Original Document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.