Motion granted. Arraignment reset for April 30, 2012 at 11:00 a.m.
s/ William H. Baughman, Jr.
U.S. Magistrate Judge
Date: April 13, 2012

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 1:12CR-00175 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) | MAGISTRATE JUDGE WILLIAM |
| | ) | H. BAUGHMAN, JR. |
| | ) | |
| HIEU TRANG TRAN, | ) | **DEFENDANT'S MOTION TO** |
| | ) | **CONTINUE ARRAIGNMENT DATE** |
| | ) | **TO ALLOW FOR RULE 20** |
| Defendant. | ) | |
| | ) | |

Counsel for defendant Hieu Trang Tran, moves this Court for an Order to continue the arraignment date in the above-captioned case, which is presently scheduled for April 19, 2012, until the "Rule 20 Transfer" is approved. Undersigned counsel has had negotiations with the United States Attorneys' Office in Cleveland, Ohio and anticipates that a plea agreement will be reached and that the U.S. Attorney's office in San Antonio, Texas will accept the Rule 20 Transfer.

Respectfully submitted,

　/s/　John S. Pyle
JOHN S. PYLE (0001129)
**GOLD AND PYLE, L.P.A.**
jpyle@gp-lpa.com
1140 Leader Building
526 Superior Avenue, East
Cleveland, Ohio 44114
(216) 696-6122

Counsel for Defendant

1