USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

for the **NORTHERN** DISTRICT OF **OHIO**

UNITED STATES OF AMERICA

V.

HIEU TRUNG TRAN

CRIMINAL NUMBER: 1:12CR175

Consent to Transfer of Case for Plea
and Sentence
(Under Rule 20)

I, **HIEU TRUNG TRAN**, defendant, have been informed that an (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead **guilty** to the offense charged, to consent to the disposition of the case in the **WESTERN** District of **TEXAS** in which I, **reside**, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: **May 18** 20 **12** at _____

_____
(Defendant) Hieu Trung Tran

_____
(Witness)

_____
(Counsel for Defendants) Bill White

_____
(Assistant United States Attorney)

Approved

_____
United States Attorney for the
**NORTHERN** District of
**OHIO**

_____
United States Attorney for the
**WESTERN** District of
**TEXAS**